# D E T A I N E R

U.S. Department of Justice
Immigration & Naturalization Service

IMMIGRATION DETAINER-NOTICE OF ACTION
BY IMMIGRATION & NATURALIZATION SERVICE
OAKDALE, LOUISIANA

Date: August 1, 1994

To: Warden
Federal Correctional Institution
P.O. Box 5050
Oakdale, Louisiana 71463

From: U.S. Immigration Service
P.O. Box 5095
Oakdale, Louisiana 71463
Phone: (318) 335-4070
Ext: 251, 252, 253

NAME OF INMATE:

MENACHEM PRI-HAR

DATE OF BIRTH: June 10, 1954

INS FILE #: _____

BOP REG. #: 34446054

SEX: Male   NATIONALITY: ISRAEL

YOU ARE ADVISED THAT THE ACTION NOTED BELOW HAS BEEN TAKEN BY THIS SERVICE CONCERNING THE ABOVE-NAMED INMATE:

__X__ Investigation has been initiated to determine whether this inmate is subject to deportation from the United States.

IT IS REQUESTED THAT YOU:

__X__ Accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work, and quarters assignment or other treatment which he would otherwise receive.

__X__ Please ensure this inmate is immediately transferred to FCI. Oakdale, Louisiana when he is designated to OAK INS.

_William R. Holly, Jr._

ALM  -  6/09/05
LOCATION   PRD

# D E T A I N E R