COPY

Menachem Pri-Har
34446-054
F.C.I. Loretto
Loretto, PA 15940

April 30, 1995

U.S. Immigration Services
P.O. Box 5095
Oakdale, Louisiana 71463

RE: Detainer From August 1, 1994.

Gentlemen:

Enclosed is a Detainer that was issued and lodged against me by you.

8 U.S.C. §(i) provides: "In the case of an alien who is convicted of an offense which makes the alien subject to deportation, <u>THE ATTORNEY GENERAL SHALL BEGIN ANY DEPORTATION PROCEEDING AS EXPEDITIOUSLY AS POSSIBLE AFTER THE DATE OF CONVICTION.</u>"  Until today I did not hear from you, whether I am going to be deported from the United States or whether the Detainer should be cancelled.

Due to the Detainer a Public Safety Factor ("PFS") is used to increase my security measures, and for example, I am not eligible to minimum security institutions.

I am demanding an immediate hearing by the I.N.S. in order to determine whether I am subject to deportation from the United States.

Very truly yours,

(s)
Menachem Pri-Har

COPY

Menachem Pri-Har
Fed. Reg. No. 34446-054
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940

SECOND NOTICE
CERTIFIED MAIL

July 3, 1995

U.S. Immigration Services
P.O. Box 5095
Oakdale, Louisiana 71463

RE: Detainer from August 1, 1994

Gentlemen:

On April 30, 1995, I mailed you a request for an immediate hearing to determine whether I am subject to deportation from the United States, pursuant to 8 U.S.C. §1252(1) [enclosed], I have not as yet received a reply to that request.

Please note that this is my second request for a reply to my letter of April 30, 1995.

P 884 407 860

Very truly yours,

Menachem Pri-Har

