UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MENACHEM PRI-HAR, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-00-1635
:
JANET RENO, ET AL., : (Judge Caldwell)
:
    Respondents :

**FILED**
HARRISBURG, PA
NOV 14 2000
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

<u>ORDER</u>

    AND NOW, this 14th day of November, 2000, it is ordered that:

1. The Clerk of Court is directed to serve a copy of the petition for a writ of habeas corpus on Respondents, the Immigration and Naturalization Service and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondents shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

                                            /s/ William W. Caldwell
                                            WILLIAM W. CALDWELL
                                            United States District Judge