UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MENACHEM PRI-HAR<br>    Petitioner<br><br>    v.<br><br>JANET RENO, Attorney General,<br>CHARLES W. ZEMSKI,<br>Acting District Director, and<br>IMMIGRATION AND<br>NATURALIZATION SERVICE (INS)<br>    Respondents | Civil No. 1:CV-00-1635<br>(Judge Caldwell) |

### RESPONDENTS' MOTION FOR EXTENSION OF TIME

Respondents Janet Reno, Attorney General, Charles W. Zemski, Acting District Director, and Immigration and Naturalization Service (INS), by and through undersigned counsel, respectfully move the Court for an extension of time within which to respond to the Petition for Writ of Habeas Corpus. In support thereof, Respondents aver the following:

    1.  Petitioner Menachem Pri-Har filed the instant Petition for Writ of Habeas Corpus on September 14, 2000.

    2.  On November 14, 2000, the Court directed service of the Petition on Respondents Janet Reno, Attorney General, Charles W. Zemski, Acting District Director, and Immigration and Naturalization Service, and directed that Respondents show cause within twenty (20) days why Petitioner should not be granted habeas corpus relief.

3. Respondents' response is due to be filed on December 4, 2000.

4. Immediately upon receipt of the Writ of Habeas Corpus, undersigned counsel requested relevant documents from agency counsel. Agency counsel are responsible for doing the initial investigation into a Petition for Writ of Habeas Corpus.

5. To date, no record documents have been received.

6. Based on the above, counsel for Respondents respectfully request a ten-day extension of time in which to respond to the Writ of Habeas Corpus.

7. Because Petitioner is an incarcerated individual proceeding *pro se*, pursuant to Local Rule 7.1, his concurrence in the instant motion has not been sought.

**WHEREFORE**, Respondents respectfully request a ten-day extension of time in which to file a response to the Writ of Habeas Corpus.

Respectfully submitted,

DAVID M. BARASCH
UNITED STATES ATTORNEY

DULCE DONOVAN
ASSISTANT U.S. ATTORNEY
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108
717/221-4482

Dated: December 4, 2000

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MENACHEM PRI-HAR ) | Civil No. 1:CV-00-1635 |
| Petitioner ) | (Judge Caldwell) |
| ) | |
| v. ) | |
| ) | |
| JANET RENO, Attorney General, ) | |
| CHARLES W. ZEMSKI, ) | |
| Acting District Director, and ) | |
| IMMIGRATION AND ) | |
| NATURALIZATION SERVICE (INS) ) | |
| Respondents ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 4th day of December 2000, she served a copy of the attached

### RESPONDENTS' MOTION FOR AN EXTENSION OF TIME

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE(S)

Menachem Pri-Har
L.S.C.T. Allenwood
#34446-054
P.O. Box 1000
White Deer, PA 17887

Dawn L. Mayko
Legal Secretary

DMB:DD:dlm:Duice\PriHar\Extensionmot