See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MENACHEM PRI-HAR,                  :
                                   :
        Petitioner                 :   CIVIL NO. 1:CV-00-1635
                                   :
    v.                             :   (Judge Caldwell)
                                   :
JANET RENO, ET AL.,                :
                                   :
        Respondents                :

O R D E R

AND NOW, this 7th day of December, 2000, upon consideration of Respondents' motion for an extension of time until December 14, 2000 in which to file their response, it is ordered that the motion (Doc. 4) is granted. Respondents shall file a response to the petition on or before December 14, 2000.

WILLIAM W. CALDWELL
United States District Judge

FILED
HARRISBURG, PA
DEC 07 2000
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 7, 2000

Re: 1:00-cv-01635    Pri-Har v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Menachem Pri-Har
Allenwood LSCI
Low Security Correctional Inst.
34446-054
P.O. Box 1000
White Deer, Pa  17887

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108

```
cc:
Judge                         (✓)
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen ( )    PA Atty Gen ( )
                                      DA of County ( )   Respondents ( )
Bankruptcy Court              ( )
Other  P/2S/C                 ( )
       Schimelfeng
```

MARY E. D'ANDREA, Clerk

DATE: 12/7/00                                        BY: /s/ 
                                                         Deputy Clerk