RETURN OF SERVICE

MENACHEM PRI-HAR v. ROBERT ZIMANY and SUSAN GERLINSKI

| Service of the Summons and Complaint was made by me * | DATE 12/13/00 |
|---|---|
| NAME OF SERVER (Print) David Sprout | TITLE Paralegal |

Check one box ~~to indicate appropriate~~ method of service

PRSLC Case

[X] Served ~~personally upon the~~ defendant. Place where served:
Judith Morse at ~~LSCI Allenwood~~ on 11/14/00 and W. Hess, Senior Officer Specialist at LSCI Allenwood on 11/16/00

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

Per KF

[X] Other (specify): Certified Mail to Attorney General. See attached receipt for Certified Mail and Domestic Return.

STATEMENT OF SERVICE FEES

| TRAVEL n/a | SERVICES n/a | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/13/00
                Date

*David Sprout*
Signature of Server

161 W. Third St., Williamsport, PA 17701
Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
Attorney General

| | |
|---|---|
| Postage | $ 2.31 |
| Certified Fee | 1.40 |
| Return Receipt Fee (Endorsement Required) | 1.25 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.96 |

Postmark: CENTER CITY STA WILLIAMSPORT USPS NOV 27 00

Name (Please Print Clearly) (to be completed by mailer)
Attorney General
Street, Apt. No. or PO Box No.
10th + Pennsylvania Ave. NW
City, State, ZIP+4
Washington, D.C. 20503

PS Form 3800, July 1999                See Reverse for Instructions

7000 0600 0023 6743 4437

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
Department of Justice
10th + Pennsylvania Ave. NW
Washington, DC 20503

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
DEPARTMENT OF JUSTICE

C. Signature
X _____   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 0600 0023 6743 4437

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Pri-Har
      Plaintiff
  V.                            CASE NUMBER: 3:00-cv-01635

Zimany
      Defendant

TO:      (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

    Ronald C. Travis, Esq.
    Rieders Travis Humphrey Harris Watters & Waffenschmidt
    161 W. Third St.
    Williamsport, PA  17701

an answer to the complaint which is herewith served upon you, within (20) TWENTY DAYS after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: _____
    Deputy Clerk

DATE: November 14, 2000