

**U. S. Department of Justice**
Immigration and Naturalization Service

## Notice of Intent to Issue a Final Administrative Removal Order

**In removal proceedings under 238(b) of the Immigration and Nationality Act**

BOP#: 34446-054
File No: A77 627 738
PRD: 6/9/05

To: PRI-HAR, Menachem

Address: LSCI ALLENWOOD P.O. BOX 1500 WHITE DEER PA 17887
Telephone: N/A

Pursuant to section 238(b) of the Immigration and Nationality Act (Act), 8 U.S.C. 1228(b), the Immigration and Naturalization Service (Service) has determined that you are amenable to expedited administrative removal proceedings. The determination is based on the following allegations:

1. You are not a citizen or national of the United States.
2. You are a native of Israel and a citizen of Israel.
3. You entered the United States (at)(near) New York, NY. on or about March 27, 1993.
4. At that time, you entered as a nonimmigrant.
5. You are not lawfully admitted for permanent residence.
6. You were, on July 20, 1994, convicted in the United States District Court, at the Southern District of New York, for the offense of Conspiracy to defraud the U.S. Department of Agriculture, Defrauding the U.S. Department of Agriculture, Conspiracy to commit bank fraud, Bank fraud, Conspiracy to commit wire fraud, Wire fraud & False statements on loan or credit appilication, in violation of Title 18, USC, section 371, 714m(a), 1344, 2, 1343 & 1014 for which the term of imprisonment imposed was 168 months.

**Charge**:
You are deportable under section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. 1227(a)(2)(A)(iii), as amended, because you have been convicted of an aggravated felony as defined in section 101(a)(43)(M&U) of the Act, 8 U.S.C. 1101(a)(43).

Based upon section 238(b) of the Act, the Service is serving upon you this NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER ("Notice of Intent") without a hearing before an Immigration Judge.

**Your Rights and Responsibilities**
You may be represented (at no expense to the United States government) by counsel, authorized to practice in this proceeding. If you wish legal advice and cannot afford it, you may contact legal counsel from the list of available free legal services provided to you.

You must respond to the above charges in writing to the Service address provided on the other side of this form within 10 calendar days of service of this notice (or 13 calendar days if service is by mail). **The Service must RECEIVE your response within that time period.**

In your response you may: request, for good cause, an extension of time; rebut the charges stated above (with supporting evidence); request an opportunity to review the government's evidence; admit deportability; designate the country to which you choose to be removed in the event that a final order of removal is issued (which designation the Service will honor only to the extent permitted under section 241 of the Act, 8 U.S.C. 1231); and/or, if you fear persecution in any specific country or countries on account of race, religion, nationality, membership in a particular social group, or political opinion or, if you fear torture in any specific country or countries, you may request withholding of removal under section 241(b)(3) of the Act or withholding/deferral of removal under the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (Convention Against Torture). A grant of withholding or deferral of removal would prohibit your return to a country or countries where you would be persecuted or tortured, but would not prevent your removal to a safe country.

You may seek judicial review of any final administrative order by filing a petition for review within 30 calendar days after the date such final administrative order is issued or you may waive such appeal by stating, in writing, your desire not to appeal.

| Robert M. Colley / HHP Director | Allenwood, PA | 5/8/00  8AM |
|---|---|---|
| (Signature and Title of Issuing Officer) | (City and State of Issuance) | (Date and Time) |

Form I-851 (Rev 5-19-99)N

### Certificate of Service

I served this Notice of Intent. I have determined that the person served with this document is the individual named on the other side of this form.

_D. Binks, Agent_ (Signature and title of issuing officer)

MAY 1 1 2000 PERSONAL SERVICE
(Date and manner of Service)

[X] I explained and/or served this Notice of Intent to the alien in the _English_ language.
Name of interpreter _____
Location/Employer _____

**I ACKNOWLEDGE THAT I HAVE RECEIVED THIS NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER**

PRI-HAR, Menachem   A77 627 738
(Respondent's Signature)

MAY 1 1 2000  8:42 am
(Date and Time)

[X] Alien refused to acknowledge receipt of this document
_D. Binks, Agent_
(Signature and Title of Officer)

MAY 1 1 2000  8:42 am
(Date and Time)

**I wish to Contest and/or to Request Withholding of Removal**

[ ] I contest my deportability because: (Attach any supporting documentation):
  [ ] I am a citizen or national of the United States.
  [ ] I am a lawful permanent resident of the United States.
  [ ] I was not convicted for the criminal offense described in allegation number 6 above.
  [ ] I am attaching documents in support of my rebuttal and request for further review.

[ ] I request withholding of deferral of removal to _____ (Name(s) of Country or Countries):
  [ ] Under section 241(b)(3) of the Act, because I fear the persecution on account of my race, religion, nationality, membership in a particular social group, or political opinion in that country or those countries.

  [ ] Under the Convention Against Torture, because I fear torture in that country or those countries.

_____   PRI-HAR, Menachem   _____
(Signature of Respondent)   (Printed Name of Respondent)   (Date and Time)

**I Do Not Wish to Contest or Request Withholding of Removal**

[ ]   I admit the allegations and charge in this Notice of Intent. I admit that I am deportable acknowledge that I am not eligible for any form of relief from removal. I waive my right to rebut and contest the above charges and my right to file a petition for review of the Final Removal Order. I do not request withholding or deferral of removal. I wish to be removed to _Israel_.

[ ]   I also waive the 14 day period of execution of the Final Removal Order.

_____   PRI-HAR, Menachem   _____
(Signature of Respondent)   (Printed Name of Respondent)   (Date and Time)

_____   _____   _____
(Signature of Witness)   (Printed Name of Witness)   (Date and Time)

**RETURN THIS FORM TO:**
United States Department of Justice
Immigration and Naturalization Service
LSCI Allenwood
P. O. Box 209
White Deer, PA 17887

ATTENTION: IHP Director
The Service office at the above address must RECEIVE your response within 10 calendar days from the date of service of this notice (or 13 calendar days if service is by mail).