**U. S. Department of Justice**
Immigration and Naturalization Service

## RECORD OF DEPORTABLE/INADMISSIBLE ALIEN

| Family Name (Capitol Letters)  Given Name  Middle Name | Sex | Hair | Eyes | Complex |
|---|---|---|---|---|
| PRI-HAR, Menachem | Male | BRO | BLU | MED |

| Country of Citizenship | Passport Number and Country | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| Israel | 5285713 Israel | A77 627 738 | 6'2 | 200 | |

| U. S. Address (Residence) (Number) (Street) (City) (State) (Zip Code) | Scars or Marks |
|---|---|
| LSCI ALLENWOOD P.O. BOX 1500 WHITE DEER PA 17887 | none visble |

| Date, Place, Time, Manner of Entry | Passenger Boarded at: | F.B.I. No | Marital Status |
|---|---|---|---|
| March 27, 1993, New York, NY., nonimmigrant, air | Israel | 558108TA4 | single |

| Number, Street, City, Province (State), and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| 13 Bezalel Street Tel Aviv Israel | 511.2.2 |

| Birthdate | Date of Action | Location | (At/Near) | Date & Hour |
|---|---|---|---|---|
| 6/10/54 | 5/5/00 | LSCI ALLENWOOD | ALLENWOOD | 5/5/00 |

| City, Province (State) and Country of Birth | AR | Form: (Type & No.)  [ ] Lifted  [X] Not Lifted | By: |
|---|---|---|---|
| Haifa Israel | [X] | | David S Bunks, IA |

| Visa Issued at - NIV No. | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| Tel Aviv | same name | nonimmigrant | IN INSTITUTION |

| Date Visa Issued | Social Security No. | Length of time Illegally in US |
|---|---|---|
| 6/13/88 | 093683602 | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| SEE NARRATIVE | SEE NARRATIVE |

| Name, Address, and Nationality of Spouse (Maiden Name, if appropriate) | Number & Nat'l of Children |
|---|---|
| N/A | 1 USC |

| Father's Name, and Nationality and Address, if Known | Mother's Present and Maiden Names, Nationality & Address |
|---|---|
| Zvi Freidenberg, Israel, Israel | Zepora (Rosenwasser), Israel, Israel |

| Monies Due/Property in U.S. not immediate possession [X] None [ ] See I-43 | Fingerprinted [X] YES [ ] NO | Lookout Book Checked [ ] Not Listed [ ] Listed, code ___ | Deportation Charge(s) R2A3 |
|---|---|---|---|

| Name and Address of (Current/Last) Employer | Type of Employment | Salary | From: | To: |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

Narrative (Outline particulars under which alien located/apprehended). Include details not shown above, re, time, place and manner of last entry and elements which establish administrative and/or criminal violation. Alien notified of communication 8 CFR 242.2(e). Initial DSB Date 5/5/00

Subject is a native and citizen of Israel. Subject entered the United States on March 27, 1993 at New York, NY. as a nonimmigrant. Subject was convicted in the Southern District of New York for Conspiracy to defraud the U.S. Department of Agriculture, Defrauding the U.S. Department of Agriculture, Conspiracy to commit bank fraud, Bank fraud, Conspiracy to commit wire fraud, Wire fraud & False statements on loan or credit appilication on July 20, 1994, in violation of Title 18, USC, section 371, 714m(a), 1344, 2, 1343 & 1014. Subject has been sentenced to serve 168 months and has a projected release date of 6/9/05.
Subject changed his name in Israel in the 1970's from Freidenberg to Pri-Har. Subject has family in the US. Subject has no pending INS benefits, immigration attorney or US military service.

AKA: Menachem Freidenberg

BOP #: 34446-054
LOCATION: LSCI ALLENWOOD
COURT DOCKET #: SSSSS93CR0278-01

(If space insufficient, show "continued on reverse, from bottom up):

_David S Bunks, IA_
(Signature and Title)

| DISTRIBUTION | Received (subject and documents) (report of interview) from | |
|---|---|---|
| 2 - File | Officer | David S Bunks, IA |
| | Date | 5/5/00 |
| | Disposition | ADMIN REMOVAL |
| | Receiving Officer | Bryan L Miller / SIA |

Form I-213 (Rev 4-01-97) Y