U. S. Department of Justice
Immigration and Naturalization Service              RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

# AFFIDAVIT
## IN AN ADMINISTRATIVE PROCEEDING

IN RE: _Menachem Pri Har_     BOP# _34446-054_ FILE # _A77627738_

EXECUTED AT ____ALLENWOOD, PENNSYLVANIA____    DATE _5/5/00_

Before the following officer of the U.S. Immigration and Naturalization Service:

in the ____English____ language. Interpreter ____was not____ used.

I, _Menachem Pri Har_, acknowledge that the above-named officer has identified himself to me as an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding: **YOUR RIGHT TO BE OR REMAIN IN THE UNITED STATES**

He has told me that my statement must be freely and voluntarily given.

I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me God.

Being duly sworn, I make the following statement:

My true and correct name is _Menachem Pri Har_. I am a citizen and national of _Israel_. I was born in _Haifa, Israel_, on _6/10/54_. I last entered the United States at or near _NYC, NY_ on or about _3/27/93_ as a _non-immigrant_. I am not a lawful permanent resident of the United States

Sworn to and subscribed before me on _5/5/00_ at ALLENWOOD, PA.

_____
Alien's signature

_D. Bunks, Agent_
Officer, United States Immigration and Naturalization Service

| | |
|---|---|
| **ENACHEM PRI-HAR,** | : CIVIL NO. 1:CV-00-1635 |
| Petitioner | : |
| | : (Judge Caldwell) |
| v. | : |
| | : |
| JANET RENO, Attorney General of | : |
| the United States, CHARLES W. | : |
| ZEMSKI, Acting District | : |
| Director | : |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 14th day of December, 2000, she served a copy of the attached

### RESPONSE TO SHOW CAUSE ORDER

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

Menachem Pri-Har
FCI Fort Dix
P.O. Box 38
Fort Dix, NJ 08642

PHYLLIS M. MITCHELL
Legal Secretary