# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MENACHEM PRI-HAR, )
       Petitioner, )
) Civil No. 1:CV –00-1635
) (Judge Caldwell)
- vs - )
)
)
JANET RENO, Attorney )
General, CHARLES W. ZEMSKI, )
Acting District Director, )
       Respondents. )

FILED
HARRISBURG
JAN 5 - 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## PETITIONER'S MOTION FOR EXTENSION OF TIME

Petitioner Menachem Pri-Har, respectfully requests the Court to grant an extension of time within which to reply to the response filed by respondents. The reasons for this request are:

(1) On December 4, 2000, Respondents applied for extension of time to file their response to the order to show cause, and the Court granted extension until December 14, 2000.

(2) The Bureau of Prisons relocated Petitioner on December 11, 2000 from the Low Security Correctional Institute Allenwood to the Federal Correctional Institute Fort Dix, New Jersey.

1

(3) Petitioner received on December 20, 2000, the Response to the order to show cause. Pursuant to the Court's order, Petitioner may reply to this response within fifteen days.

(4) Currently, Petitioner's legal materials needed for the reply are being stored by Fort Dix officials due to lack of space in Petitioner's housing unit. Also, the housing unit does not provide facility to prepare adequate response other than the institution's law library that in effect limits a prisoner's usage to approximately 3 hours a day.

(5) Petitioner was notified that soon he will receive his legal materials and that the institution is making an arrangement to provide him a place in his housing unit that would enable him to prepare legal documents.

(6) For these reasons, Petitioner respectfully requests an extension of time until January 31, 2000 to reply to the Respondents.

(7) Respondents will not be prejudiced by the requested extension.

(8) Respondent's attorney does not object to this request for extension of time.

WHEREFORE, Petitioner prays for extension until January 31, 2000, to file a Reply to the Response.

Dated:  Fort Dix, New Jersey
        December 29, 2000

                                    Respectfully submitted,

                                    Menachem Pri-Har, *pro se*
                                    #34446-054
                                    F.C.I. Fort Dix East
                                    P.O. Box 2000 / Bldg. 5751
                                    Fort Dix, N.J. 08640

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within motion for extension of time was served by first class mail upon:

>AUSA Dulce Donovan
>U.S. Attorney's Office
>228 Walnut Street
>P.O. Box 11754
>Harrisburg, PA 17108

Date: Fort Dix, New Jersey
December 29, 2000

_____
Menachem Pri-Har