*see all*

9
1/10/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MENACHEM PRI-HAR, :
:
    Petitioner : CIVIL NO. 1:CV-00-1635
:
v. : (Judge Caldwell)
:
JANET RENO, ET AL., :
:
    Respondents :

**FILED
HARRISBURG, PA
JAN 0 9 2001
MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK**

O R D E R

AND NOW, this 9th day of January, 2001, upon consideration of Petitioner's motion for an extension of time until January 31, 2001 in which to file a reply to Respondents' response, it is ordered that the motion (doc. 8) is granted. Petitioner may file a reply to the response on or before January 31, 2001.

                                            /s/ William W. Caldwell
                                            WILLIAM W. CALDWELL
                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 9, 2001

Re:  1:00-cv-01635    Pri-Har v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

    Menachem Pri-Har
    FCI-FORT DIX
    34446054
    P.O. BOX 2000
    Fort Dix, NJ  08640

    Dulce Donovan, Esq.
    U.S. Attorney's Office
    228 Walnut Street
    P.O. Box 11754
    Harrisburg, PA  17108

cc:
Judge                        ( ✓ )
Magistrate Judge             (   )
U.S. Marshal                 (   )
Probation                    (   )
U.S. Attorney                (   )
Atty. for Deft.              (   )
Defendant                    (   )
Warden                       (   )
Bureau of Prisons            (   )
Ct Reporter                  (   )
Ctroom Deputy                (   )
Orig-Security                (   )
Federal Public Defender      (   )
Summons Issued               (   ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5          (   )
Order to Show Cause          (   ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents ( )

Bankruptcy Court             (   )
Other_____(   )

                                                MARY E. D'ANDREA, Clerk

DATE: _1-9-01_     BY: _[signature]_
                      Deputy Clerk