# ORIGINAL

12
6/19/0
✓fy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MENACHEM PRI-HAR,           )
           Petitioner   )   Civil Action No. 1:CV-00-1635
                   )   (Caldwell, J.)
                   )
    -VS-                       )
                   )
JANET RENO, Attorney General )
Of the United States,        )
CHARLES W. ZEMSKI,           )
Acting District Director,    )
           Respondents  )

**FILED**
**HARRISBURG**

JUN 1 8 2001

MARY E. D'ANDREA, CLERK
Per_____
                DEPUTY CLERK

## MOTION TO AMEND ORDER

Pursuant to Rule 59(e) of the Fed.R.Civ.P., petitioner Menachem Pri-Har respectfully moves the Court to amend its June 5, 2001 order concerning the filing of a request under 8 U.S.C. §1182 (h), INA §212 (h), within thirty days. For the following reasons Petitioner submits that the order should be amended to allow up to 180 days to file the request.

**(1)** In application for a §212(h) waiver Petitioner has to carry the burden of showing "great actual or prospective injury" or "extreme impact" on his U.S. citizen son beyond the "common results of deportation." <u>United States v. Arce-Hernandez</u>, 163 F.3d 559, 564 (9th Cir. 1998) (citation omitted).

1

**(2)** To meet this standard, Petitioner needs an evaluation by psychologist expert as to the question what harm his deportation may cause to his son.

**(3)** Petitioner's incarceration has limited his ability to act promptly on the Court's order because of the need for resources beyond his limited control within the prison fence in order to present adequate request to the INS.

**(4)** The INS will not be prejudiced by the requested extension of time.

**WHEREFORE**, it is respectfully requested that the Court amend its order to say:

> 2. Petitioner shall file such a request within one hundred and eighty (180) days of the date of this order.  It shall supersede any other such request already made by Petitioner.

Dated:   Fort Dix, New Jersey
         June 12, 2001

Respectfully submitted,

Menachem Pri-Har, *pro se*
#34446-054
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

# CERTIFICATE OF SERVICE

MENACHEM PRI-HAR, the Petitioner in this action, hereby certify that a true and correct copy of the within motion to amend order was served by first class mail upon:

> AUSA Dulce Donovan, Esq.
> U.S. Attorney's Office
> 228 Walnut Street
> Harrisburg, PA 17108

Dated:  Fort Dix, New Jersey
       June 12, 2001

_____
       Menachem Pri-Har