**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MENACHEM PRI-HAR, | ) | CIVIL NO. 1:CV-00-1635 |
| Petitioner | ) | (Caldwell, J.) |
| | ) | |
| v. | ) | |
| | ) | |
| JANET RENO, Attorney General | ) | |
| of the United States, | ) | |
| CHARLES W. ZEMSKI, | ) | |
| Acting District Director, | ) | |
| Respondents | ) | |

FILED
HARRISBURG
JUN 2 5 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

### RESPONDENTS' RESPONSE TO PETITIONER'S MOTION TO AMEND ORDER

Petitioner has filed a motion requesting that the Court amend its Order dated June 5, 2001 to permit him to extend by five months the deadline by which he must file an application for a § 212(h) waiver with the Immigration and Naturalization Service. Respondents take no position on whether Petitioner's request is appropriately made in the context of a Rule 59(e) motion, but notify the Court that they have no opposition to Petitioner being allowed an additional five months to file a § 212(h) waiver.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

*/s/ Dulce Donovan*
DULCE DONOVAN
Assistant U.S. Attorney
Federal Building
228 Walnut Street
Post Office Box 11754
Harrisburg, PA 17108

Dated: June 25, 2001

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MENACHEM PRI-HAR,<br>　　　Petitioner<br><br>　　　v.<br><br>JANET RENO, Attorney General<br>of the United States,<br>CHARLES W. ZEMSKI,<br>Acting District Director,<br>　　　Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO.  1:CV-00-1635<br>(Caldwell, J.) |

### CERTIFICATE OF SERVICE

　　　The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

　　　That on June 25, 2001, she served a copy of

### RESPONDENTS' RESPONSE TO PETITIONER'S MOTION TO AMEND ORDER

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Menachem Pri-Har
FCI Ft. Dix
P.O. Box 2000
Ft. Dix, NJ 08640

　　　　　　　　　　　　　　　　　　　　/s/ Dawn L. Mayko
　　　　　　　　　　　　　　　　　　　　DAWN L. MAYKO
　　　　　　　　　　　　　　　　　　　　LEGAL SECRETARY