sealed

(14) 7-6-01 SC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MENACHEM PRI-HAR,
    Petitioner

vs. : CIVIL ACTION NO. 1:CV-00-1635

JANET RENO, Attorney General
of the United States,
CHARLES W. ZEMSKI,
Acting District Director,
    Respondents

FILED HARRISBURG, PA — JUL 0 5 2001 — MARY E. D'ANDREA, CLERK PER [signature] DEPUTY CLERK

O R D E R

AND NOW, this 5th day of July, 2001, upon consideration of Petitioner's motion (doc. 12) to extend the time to file an application for a section 212(h) waiver, it is ordered that the thirty-day deadline is vacated and that Petitioner shall not be subject to any deadline by this court for seeking such a waiver.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

AO 72A (Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 5, 2001

Re: 1:00-cv-01635    Pri-Har v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

```
Menachem Pri-Har
FCI-FORT DIX
34446054
P.O. BOX 2000
Fort Dix, NJ  08640

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108
```

```
cc:
Judge                         (✓)            ( ) Pro Se Law Clerk
Magistrate Judge              ( )            ( ) INS
U.S. Marshal                  ( )            ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen   ( )    PA Atty Gen ( )
                                      DA of County  ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: 7-5-01    BY: [signature] Deputy Clerk