**ORIGINAL**

```
        MENACHEM PRI-HAR
          #34446-054
           McRae C.F.
        1000 Jim Hammock Dr.
          McRae, GA 31055
```

October 12, 2004

Mary E. D'Andrea, Clerk
United States District Court
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG, PA
OCT 1 8 2004
MARY E. D'ANDREA, CLERK
Per_____

        RE: PRI-HAR v. RENO et al.

        <u>D.C. No. CV-00-1635</u>

Dear Ms. D'Andrea:

    I am the Petitioner acting <u>pro se</u> in the above-referenced action. On July 26, 2004, you filed my motion for a judgment directing specific acts under Civil Rule 70. Kindly inform me about the status of this motion.

    Thank you.

                                  Sincerely yours,

                                  MENACHEM PRI-HAR

M. PRI-HAR #34446-054
McRae C.F.
1000 Jim Hammock Dr.
McRae, GA 31055



MARY E. D'ANDREA, CLERK
U.S. DISTRICT COURT
P.O. BOX 983
HARRISBURG, PA 17108

LEGAL