UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MENACHEM PRI-HAR,
Petitioner,

-vs-

JANET RENO, Attorney General of the United States, and Charles W. Zemski, Acting District Director,
Respondents.

Civil No.: 1: CV-00-1635

(Judge Caldwell)

**NOTICE OF MOTION**

FILED
HARRISBURG, PA
DEC 20 2004
MARY E. D'ANDREA, CLERK
Per ____

**PLEASE TAKE NOTICE** that today, through the U.S. mail service, Petitioner forwards a motion to the Honorable William W. Caldwell, United States District Judge, under Fed. R. Civ. P. 59(e) for reconsideration of the December 3, 2004 Memorandum and Order.

In support of the motion, Petitioner relies upon: (1) the pleadings and the record in the case; (2) the affidavit of Menachem Pri-Har, with an exhibit, filed separately; and (3) a memorandum, also filed separately.

Dated: McRae, Georgia
December 15, 2004

Menachem Pri-Har, *pro se*
#34446-054
McRae C. F.
1000 Jim Hammock Dr.
McRae, GA 31055

**CERTIFICATE OF SERVICE**

I hereby certify that today I served a copy of the notice of motion, affidavit of Menachem Pri-Har, with exhibit and memorandum in support of Petitioner's motion for reconsideration by mailing same by regular mail to:

AUSA Daryl F. Bloom
U. S. Attorney's Office
P. O. Box 11754
Harrisburg, PA 17108-1754

Dated: McRae, Georgia
December 15, 2004

MENACHEM PRI-HAR

MENACHEM PRI-HAR
# 34446-054
McRae C.F.
1000 JIM HAMMOCK DR.
McRae, GA 31055

DECEMBER 15, 2004

MARY E. D'ANDREA, CLERK
UNITED STATES DISTRICT COURT
P.O. Box 983
HARRISBURG, PENNSYLVANIA 17108

RE: PRI-HAR v. RENO, et al.
ACTION No. 1:CV-00-1635

DEAR Ms. D'ANDREA:

ENCLOSED PLEASE FIND AN ORIGINAL AND TWO COPIES OF NOTICE FOR a RECONSIDERATION MOTION AND ITS SUPPORTING AFFIDAVIT AND MEMORANDUM, ALL FOR FILING IN THE ABOVE-REFERENCED ACTION. KINDLY, RETURN TO ME a COPY OF EACH DOCUMENT STAMPED AS "FILED" WITH THE ATTACHED PREPAID ENVELOPE.

THANK YOU.

SINCERELY YOURS,

[signature]

MENACHEM PRI-HAR

ENCLOSURES

c. AUSA DARYL F. BLOOM



ME
34
McRae C.F.
1000 Jim Hammock Dr.
McRae, GA 31055

MARY E. D'ANDREA, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 983
HARRISBURG, PA 17108

LEGAL MAIL