IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MENACHEM PRI-HAR,               :
                                :
        Petitioner               :
                                :   CIVIL NO. 1:CV-00-1635
                                :
        vs.                      :   (Judge Caldwell)
                                :
JANET RENO, Attorney General    :
of the United States,           :
CHARLES W. ZEMSKI, Acting       :
District Director,              :
                                :
        Respondents.

*O R D E R*

AND NOW, this 9th day of March, 2005, it is ordered that:

    1. Within 20 days of the date of this order, Respondents shall file a brief in opposition to Petitioner's motion (doc. 20) for reconsideration.

    2. In addition to any other issues Respondents would raise, their brief shall address the following issues: (1) whether Petitioner is entitled to seek section 212(h) relief since he was ordered removed in an expedited removal proceeding under 8 U.S.C. § 1228(b), INA § 238; and (2) whether Petitioner's removal to Israel should be stayed pending consideration by the appropriate authority of the section 212(h) application.

-2-

     3.  Petitioner shall have ten days thereafter to file a reply brief.

        <u>/s/William W. Caldwell</u>
        William W. Caldwell
        United States District Judge