UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MAY 19 2005
MARY E. D'ANDREA, CLERK
Per KJN

MENACHEM PRI-HAR,
      Petitioner,

-vs-

JANET RENO, Attorney General
of the United States,
CHARLES W. ZEMSKI, Acting
District Director,
      Respondents.

: Civil No. 1:CV-00-1635
: J. Caldwell
:
: NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Petitioner, Menachem Pri-Har, appeals to the United States Court of Appeals for the Third Circuit from the order denying Second Motion for a Judgement Directing Specific Acts, filed on December 3, 2004, and from the order denying a motion to alter or amend the December 3, 2004 order, filed on May 6, 2005.

Dated: McRae, Georgia
       May 13, 2005

MENACHEM PRI-HAR, pro se
#34446-054
McRae, C.F.
1000 Jim Hammock Dr.
McRae, GA 31055

TO: AUSA Daryl F. Bloom
    U.S. Attorney's Office
    P.O. Box 11754
    Harrisburg, PA 17108-1754

MEACHEN PRI-HAR
#314446-054
McRae C.F.
1000 Jim Hammock Dr.
McRae, GA 31055

LEGAL MAIL

MARY E. D'ANDREA, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 983
HARRISBURG, PA 17108



```
            MENACHEM PRI-HAR
               #34446-054
                McRae C.F.
           1000 Jim Hammock Dr.
              McRae, GA 31055
```

May 13, 2005

Mary E. D'Andrea, Clerk
United States District Court
P.O. Box 983
Harrisburg, Pennsylvania 17108

      RE:  Pri-Har  v.  Reno et al.
           Action No. 1:CV-00-1635

Dear Ms. D'Andrea:

    Enclosed please find an original and two copies of Petitioner's Notice of Appeal for filing in the above referenced action. Kindly return to me with the attached pre-paid envelope a copy stamped as "filed", as well as a copy of the docket entries in the action.

    Thank you.

                                    Sincerely yours,

                                    MENACHEM PRI-HAR

Enclosures