```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

MENACHEM PRI-HAR,              :
    Petitioner
                              :

    vs.                        :   CIVIL ACTION NO. 1:CV-00-1635

JANET RENO, Attorney General   :
of the United States,
CHARLES W. ZEMSKI,             :
Acting District Director,
    Respondents                :

## O R D E R

AND NOW, this 17th day of June, 2005, upon consideration of Petitioner's motion (doc. 29) to proceed in forma pauperis on appeal, it is ordered that the motion is granted.

                                          /s/William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge