UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-2635

MENACHEM PRI-HAR,
<u>Appellant</u>

v.

ATTORNEY GENERAL OF THE UNITED STATES;
CHARLES W. ZEMSKI, Acting District Director

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 00-cv-01635)
District Judge: Honorable William W. Caldwell

Submitted Under Third Circuit LAR 34.1(a)
December 13, 2005

BEFORE: MCKEE, FUENTES AND NYGAARD, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered May 6, 2005, be and the same is hereby affirmed. All of the above in

accordance with the opinion of this Court.

                              ATTEST:

                              /s/ Marcia M. Waldron
                              Clerk

DATED: 5 January 2006



**Certified as a true copy and issued in lieu of a formal mandate on** February 27, 2006

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**