OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4916 |

www.ca3.uscourts.gov

February 27, 2006

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108


**RE: Docket No. 05-2635**
    **Pri-Har   vs. Atty Gen USA**
    **D.C. No. 00-cv-01635**

Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                  Very truly yours,
                                  MARCIA M. WALDRON
                                  Clerk


                                  /s/ Anthony Infante
                             By:  Anthony W. Infante
                                  Case Manager

Enclosure

cc:
        Menachem Pri-Har #34446-054
         Daryl F. Bloom, Esq.